IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01652-ZLW

MIKEAL GLENN STINE,

    Plaintiff,

v.

HARLEY LAPPIN,
FEDERAL BUREAU OF PRISONS,
BLAKE DAVIS,
MICHAEL K. NAILEY, and
MR. GEORGE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Prisoner's Motions and Affidavits for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 Mr. Stine filed on August 19 and 23 and September 9, 2010. Pursuant to the Tenth Circuit's order entered on September 10, 2010, directing Mr. Stine to pay the $455.00 fee for the pending appeal in this case, the Court DENIES the Motions (Doc. Nos. 45, 37, and 36) as moot.

Dated: September 13, 2010